1
2
3
4
5
6
7
8
9
10
11
12
13

## THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL, | Case No. 8:25-cv-02000-ADS |
|---|---|
| | [Assigned to the Hon. Autumn D. Spaeth] |
| Plaintiff, | **JUDGMENT** |
| vs. | Complaint Filed: September 5, 2025 |
| PRIDE EXECUTIVE CAR SERVICE, INC., an Indiana corporation; JOHN THOMAS MEDIGER, an individual, | |
| Defendants. | |

# **JUDGMENT**

Pursuant to the Order Granting Parties' Stipulation Re: Vacating Dismissal and Entry of Stipulated Judgment and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Plaintiff Ameris Bank d/b/a Balboa Capital ("Balboa"), and against defendants Pride Executive Car Service, Inc., an Indiana corporation ("Pride Executive") and John Thomas Mediger, an individual ("Mediger") (collectively with Pride Executive, "Defendants"), jointly and severally in the total amount of **$149,843.88**; which is a sum of the following:

    a. Compensatory damages in the amount owed of $145,000.00, on the Settlement Agreement (the "Settlement");

    b. Attorneys' fees in the amount of $2,039.00 on the Settlement;

    c. Prejudgment interest in the amount of $2,144.88, at the statutory rate of ten percent (10%) per annum, from November 29, 2025 (the date of breach), to January 21, 2026 (the date of filing the Stipulation), on the Settlement; and

    d. Costs in the amount of $660.00.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: February 5, 2026

    /s/ Autumn D. Spaeth
HON. AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE